200856655
(jlg)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE: :
                                   Case No. 08-54257
                                   :
JARED WILLIAM BARNES             Chapter 13
                                   : Judge Shea-Stonum

      Debtor                         : **OBJECTION OF WELLS FARGO BANK N.A. TO DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT (PROPERTY ADDRESS: 1399 CHAPMAN DRIVE, AKRON, OHIO 44305)**

Now comes the secured creditor, Wells Fargo Bank, N.A. (hereinafter "Creditor"), and hereby enters its Objection to the Debtor's Motion to Deem Mortgage Current, and states as follows:

Debtor's mortgage is not current post-petition as the supplemental claim filed which contained five payments has not been paid in full. Once this claim is paid, the account will be contractually due for September 2010.

Wherefore, Creditor respectfully requests that Debtor's Motion to

Deem Mortgage Current be denied.

/s/ Michael R. Proctor
Michael R. Proctor
Ohio Supreme Court #0076240
(513) 241-3100 x-3224
LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Objection to Debtor's Motion to Deem Mortgage Current of the secured creditor, Wells Fargo Bank, N.A., was electronically transmitted on or about the 8th day of September, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Robert M. Whittington, Jr., Esq.
159 S Main St
Key Bldg
#1023
Akron, OH 44308-1318
Email: elkwhitt@neo.rr.com

Keith Rucinski, Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308
efilings@ch13akron.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Motion to Deem Mortgage Current of the secured creditor, Wells Fargo Bank, N.A., was transmitted on or about the 8th day of September, 2010 via regular U.S. mail, postage pre-paid:

Jared William Barnes
1399 Chapman
Akron, OH 44305

/s/ Michael R. Proctor
Michael R. Proctor
Ohio Supreme Court #0076240
(513) 241-3100 x-3224

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com